# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 16-24873-CIV-OTAZO-REYES

### CONSENT CASE

ROSA ROMERO and LUIS MATEO,

       Plaintiffs,

v.

RAZZLE DAZZLE BARBERSHOP, INC,
RAZZLE DAZZLE BARBERSHOP II, INC.,
RAZZLE DAZZLE BARBERSHOP MIDTOWN, LLC.,
RAZZLE DAZZLE BARBERSHOP SOBE, INC.,
RAZZLE DAZZLE BARBERSHOP SOMI, LLC.,
and ELENA LINARES, individually,

       Defendants.

_____/

### VERDICT FORM

**Do you find from a preponderance of the evidence:**

1. That Plaintiff Rosa Romero was an employee of Defendants RAZZLE DAZZLE BARBERSHOP, INC, RAZZLE DAZZLE BARBERSHOP II, INC., RAZZLE DAZZLE BARBERSHOP MIDTOWN, LLC., RAZZLE DAZZLE BARBERSHOP SOBE, INC., RAZZLE DAZZLE BARBERSHOP SOMI, LLC., and ELENA LINARES?

   Answer Yes or No   __NO__

   If you answered "No," go on to Question 4. If you answered "Yes," go to the next question.


2. That the position which Plaintiff Rosa Romero occupied falls within the executive or administrative exemption:

   (a)  For the period November 22, 2013 to December 31, 2013?

   Answer Yes or No _____

(b) For the period January 1, 2014 to April 29, 2015?

Answer Yes or No _____

If you answered "Yes" to both parts of Question 2, go on to Question 4.  If you answered "No" to either part of Question 2, go to the next question.

3.  That Plaintiff Rosa Romero worked overtime for which she is entitled to receive compensation?

Answer Yes or No _____

4.  That Plaintiff Luis Mateo was an employee of Defendants RAZZLE DAZZLE BARBERSHOP II, INC., RAZZLE DAZZLE BARBERSHOP MIDTOWN, LLC., and ELENA LINARES?

Answer Yes or No ___NO_____

If you answered "No," go on to Question 6.  If you answered "Yes," go to the next question.

5.  That Plaintiff Luis Mateo worked overtime for which he is entitled to receive compensation?

Answer Yes or No _____

6.  That Defendants either knew that their conduct was prohibited by the Fair Labor Standards Act or showed reckless disregard for whether their conduct was prohibited by the Fair Labor Standards Act?

Answer this question only if you answered "Yes" to Question 3 or Question 5, and then proceed to Questions 7 and 8.  Otherwise, simply sign and date the Verdict Form.

Answer Yes or No _____

2

7. What amount of unpaid overtime compensation is Plaintiff Rosa Romero entitled to:

Answer this question only if you answered "Yes" to Question 3.

(a) For the period November 22, 2013 to December 31, 2013?

Answer this Question only if you answered "No" to Question 2(a).

Answer:        $_____

(b) For the period January 1, 2014 to April 29, 2015?

Answer this Question only if you answered "No" to Question 2(b).

Answer:        $_____

Total:        $_____

8. What amount of unpaid overtime compensation is Plaintiff Luis Mateo entitled to?

Answer this question only if you answered "Yes" to Question 5.

Answer:        $_____

So Say We All.

DATE: 2\15\2018

_____
Foreperson's Signature