UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-24873-CIV-OTAZO-REYES

**CONSENT CASE**

ROSA ROMERO and LUIS MATEO,

    Plaintiffs,

v.

RAZZLE DAZZLE BARBERSHOP, INC,
RAZZLE DAZZLE BARBERSHOP II, INC.,
RAZZLE DAZZLE BARBERSHOP MIDTOWN, LLC.,
RAZZLE DAZZLE BARBERSHOP SOBE, INC.,
RAZZLE DAZZLE BARBERSHOP SOMI, LLC.,
and ELENA LINARES, individually,

    Defendants.
_____/

**FINAL JUDGMENT**

This matter came before the Court for Jury Trial. In accordance with the Verdict rendered by the Jury on February 15, 2018, it is

ORDERED AND ADJUDGED that Final Judgment be and the same is hereby ENTERED in favor of Defendants Razzle Dazzle Barbershop, Inc., Razzle Dazzle Barbershop II, Inc., Razzle Dazzle Barbershop Midtown, LLC, Razzle Dazzle Barbershop SOBE, Inc., Razzle Dazzle Barbershop SOMI, LLC, and Elena Linares ("Defendants") and against Plaintiffs Rosa Romero and Luis Mateo ("Plaintiffs"). Plaintiffs shall take nothing by this action and Defendants shall go hence without day. The Court retains jurisdiction to address any appropriate motions for attorney's fees and costs. All pending motions not otherwise ruled upon are DENIED as moot and this case is CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this 16th day of February, 2018.

/s/ Alicia M. Otazo-Reyes
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: Counsel of Record