UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-24873-CIV-OTAZO-REYES

**CONSENT CASE**

ROSA ROMERO and LUIS MATEO,
and other similarly situated individuals,

    Plaintiffs,

v.

RAZZLE DAZZLE BARBERSHOP, INC,
RAZZLE DAZZLE BARBERSHOP II, INC.,
RAZZLE DAZZLE BARBERSHOP MIDTOWN, LLC.,
RAZZLE DAZZLE BARBERSHOP SOBE, INC.,
RAZZLE DAZZLE BARBERSHOP SOMI, LLC.,
and ELENA LINARES, individually,

    Defendants.
_____/

**ORDER**

THIS CAUSE came before the Court upon Plaintiffs Rosa Romero and Luis Mateo's ("Plaintiffs") Motion for Entry of Judgment Notwithstanding the Verdict, or in the Alternative Motion to Alter or Amend Judgment; and Renewed Motion for a New Trial (hereafter, "Post-Trial Motions"). A jury trial commenced on February 12, 2018 [D.E. 88]. On February 15, 2018, the jury found in favor of Defendants Razzle Dazzle Barbershop, Inc.; Razzle Dazzle Barbershop II, Inc.; Razzle Dazzle Barbershop Midtown, LLC.; Razzle Dazzle Barbershop SOBE, Inc.; Razzle Dazzle Barbershop SOMI, LLC, and Elena Linares ("Defendants") [D.E. 92]. On February 16, 2018, the Court entered Final Judgment in favor of Defendants and against Plaintiffs [D.E. 94]. Having reviewed Plaintiffs' Post-Trial Motions, the Court finds no basis for entering a judgment notwithstanding the verdict, altering or amending the Final Judgment, or

granting a new trial. Therefore, it is

    ORDERED AND ADJUDGED that Plaintiffs' Post-Trial Motions are DENIED.

    DONE AND ORDERED in Chambers at Miami, Florida, this 20th day of June, 2018.

                                      ALICIA M. OTAZO-REYES
                                      UNITED STATES MAGISTRATE JUDGE

cc:    Counsel of Record